UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TRAVIS DELANEY WILLIAMS,

    Plaintiff,

v.                                                                Case No. 19-C-1174

JAMIE ADAMS, et al.,

    Defendants.

## ORDER

Plaintiff Travis Delaney Williams has asked for guidance regarding Defendants' request that he sign an authorization to release his medical information. Williams does not object to signing the authorization, but he wants to comply with the court's orders regarding discovery. The court has ordered Defendants to respond to Williams' motion for preliminary injunction within 21 days of responding to his amended complaint. Defendants cannot adequately respond to Williams' motion without reviewing his medical information. Accordingly, the court **ORDERS** that Defendants may serve discovery requests (including asking Williams to sign an authorization) limited to the topic of his medical information. The parties may otherwise begin discovery after the court enters a scheduling order.

Dated this   22nd   day of November, 2019.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach, Chief Judge
                                                        United States District Court